**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 24-cv-01660**

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | nksshoes.en.alibaba.com | Fuzhou Nikesi Electronic Commerce Co., Ltd. |
| 2 | lionsroaring.en.alibaba.com | Guangzhou Lionsroaring Trading Limited Company |
| 3 | naxier.en.alibaba.com | Guangzhou Naxier Trading Co., Ltd. |
| 4 | stageys.en.alibaba.com | Hangzhou Karong Yunshang Technology Co., Ltd. |
| 5 | jjmls.en.alibaba.com | Jinjiang Moroso E-Commerce Co., Ltd. |
| 6 | getrighttech.en.alibaba.com | Quanzhou Get Right Technology Co., Ltd. |
| 7 | qzlfxf.en.alibaba.com | Quanzhou Lingfei Shoes & Clothing Co., Ltd. |
| 8 | shunfayu.en.alibaba.com | Quanzhou Shunfayu Trading Co., Ltd. |
| 9 | amazon.com/sp?seller=A2QQ15SXFXZCBH | binzhouqufuziyibaihuodian |
| 10 | amazon.com/sp?seller=A325TYK3FQ10E9 | kunmingjiexuanguojimaoyiyouxiangongsi |
| 11 | amazon.com/sp?seller=A1TFNEYJ5BP4HG | putianshihanjiangqucheguangyumaoyiyouxiangongsi |
| 12 | amazon.com/sp?seller=AMSDU9GUYCXPJ | Reed-CA |
| 13 | amazon.com/sp?seller=A23F08JVEHOK7T | shensa |
| 14 | amazon.com/sp?seller=A378166SUDBAW1 | WANGCUNXIANGBAO |
| 15 | amazon.com/sp?seller=A15WOPQYVKT62P | zhangxiem |
| 16 | dhgate.com/store/21910625 | a31415931 |
| 17 | dhgate.com/store/21908686 | nuekesports |
| 18 | dhgate.com/store/21930775 | og_kicks |
| 19 | dhgate.com/store/21182464 | parra |
| 20 | dhgate.com/store/21890742 | patagoniag |
| 21 | dhgate.com/store/21441934 | pk_sneakers |
| 22 | dhgate.com/store/21793118 | polo886 |
| 23 | dhgate.com/store/20285224 | qinmin123 |
| 24 | dhgate.com/store/21877665 | rhude |
| 25 | dhgate.com/store/21811137 | running__shoe |
| 26 | dhgate.com/store/21859019 | runningshoe023 |
| 27 | dhgate.com/store/20934045 | shoesking88 |
| 28 | dhgate.com/store/21900816 | shoestop01 |
| 29 | dhgate.com/store/21705129 | smile_bag1 |
| 30 | dhgate.com/store/21926494 | sneakers500 |
| 31 | dhgate.com/store/21857540 | sneakersshop8 |
| 32 | dhgate.com/store/21877659 | sp5der |

| 33 | dhgate.com/store/21785474 | sunrisecn Store |
|---|---|---|
| 34 | dhgate.com/store/21924909 | superior_stores |
| 35 | dhgate.com/store/21895648 | superstore9 |
| 36 | dhgate.com/store/21890556 | superuys |
| 37 | dhgate.com/store/21935285 | taopinhui2 |
| 38 | dhgate.com/store/21826097 | the_joy_of_shoes |
| 39 | dhgate.com/store/21207532 | tiantian06 |
| 40 | dhgate.com/store/21911816 | top_fortoryshoes |
| 41 | dhgate.com/store/21841069 | top_quality_shoeshop |
| 42 | dhgate.com/store/21940577 | top1dunkshoes8888 |
| 43 | dhgate.com/store/21928930 | topsneakers777 |
| 44 | dhgate.com/store/21932174 | trendfashion20 |
| 45 | dhgate.com/store/21726708 | trendsportsshoes |
| 46 | dhgate.com/store/21899241 | trendyclothing01 Store |
| 47 | dhgate.com/store/21921355 | tshirtstradestore |
| 48 | dhgate.com/store/21860709 | ua_sneakers |
| 49 | dhgate.com/store/21939765 | vega9 Store |
| 50 | dhgate.com/store/21867470 | versacess Store |
| 51 | dhgate.com/store/21876339 | vilebrequin |
| 52 | dhgate.com/store/21528747 | viprunningshoes |
| 53 | dhgate.com/store/21916446 | wangpengying1 Store |
| 54 | dhgate.com/store/21905712 | wdgcsmyxgs Store |
| 55 | dhgate.com/store/21927510 | wenjin003 Store |
| 56 | dhgate.com/store/21882240 | wenkeyu520 |
| 57 | dhgate.com/store/21820644 | wet_shoes_12 |
| 58 | dhgate.com/store/21919455 | wubicai3333 |
| 59 | dhgate.com/store/21918481 | xabtxclothing Store |
| 60 | dhgate.com/store/21201997 | xiaolifeidao11 |
| 61 | dhgate.com/store/21934748 | xile688 Store |
| 62 | dhgate.com/store/21923283 | yanping1 |
| 63 | dhgate.com/store/21929842 | zeroling9 Store |
| 64 | dhgate.com/store/21941069 | zhang2268 |
| 65 | ebay.com/usr/xingx.1 | 1688xingx.1 |
| 66 | ebay.com/usr/fanlei2696 | fanlei2696 |
| 67 | ebay.com/usr/picinlt | good pici |
| 68 | ebay.com/usr/heguoe | heguoe |
| 69 | ebay.com/usr/jrcfjzgc | jrcfjzgc |
| 70 | ebay.com/usr/li1ofzhi | li1ofzhi |
| 71 | ebay.com/usr/liaokang18546 | liaokang18546 |
| 72 | ebay.com/usr/dekaety | LR House |
| 73 | ebay.com/usr/infinrt | Minz Shopping |
| 74 | ebay.com/usr/ncehba | ncehba |
| 75 | ebay.com/usr/acernuan | Sunner greetings |

| 76 | ebay.com/usr/zhongren9 | zhongren9 |
|---|---|---|
| 77 | ebay.com/usr/zookka | zookka |
| 78 | walmart.com/seller/101230673 | QCMGMG |
| 79 | walmart.com/seller/101255903 | SENDKEEL |
| 80 | bestwondercloset.com | bestwondercloset.com |
| 81 | cheapjeansstore.com | cheapjeansstore.com |
| 82 | fanwish.cn | fanwish.cn |
| 83 | gobuyluxury.ru | gobuyluxury.ru |
| 84 | popshoe.org | popshoe.org |
| 85 | topweardealsstore.com | topweardealsstore.com |
| 86 | wish.com/merchant/61a1a691c57830bb7e04a24f | caofei2134 |
| 87 | wish.com/merchant/61c3e4fddc5e3274d9397df3 | cuihaoyu2844 |
| 88 | wish.com/merchant/615025ca6ef7f9474d2b4427 | dongledong3503 |
| 89 | wish.com/merchant/614eab2d98f5f02c8a58349f | liyanfang2476 |
| 90 | wish.com/merchant/60b895d6d676ae26e632f8ce | lvgejunf7276 |
| 91 | wish.com/merchant/60d1a365db4b8e057a723cdb | mengxiaofei0270 |
| 92 | wish.com/merchant/61cac6e97279483434d1c5ae | shichao6114 |
| 93 | wish.com/merchant/618203463dad260561f4ef93 | songningning2134 |
| 94 | wish.com/merchant/61c4125f4527884ee70a6eb5 | wangruran4107 |
| 95 | wish.com/merchant/618b6715c75cbbea81bd46e8 | wangxuan2468 |
| 96 | wish.com/merchant/5e86c1fa990f9b4625a415e3 | XiegudaoeQg |
| 97 | wish.com/merchant/61b961a1ed051a3c0e5c88cd | yangchao4811 |